UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   2:26–cv–01306–MWF–KES        Date      June 18, 2026

Title      GERMAN PEREZ V. 77 RACING LLC ET AL

---

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

        Rita Sanchez                          Not Reported;
      Courtroom Deputy                        Court Reporter

    Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):
           None Present                              None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

In light of the Notice of Settlement filed June 5, 2026, the Court sets a hearing on Order To Show Cause Re Dismissal for July 15, 2026 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

**IT IS SO ORDERED.**

Initials of Clerk:   smom